IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HANNAH GROSS**  **PLAINTIFF**

v.   **Case No. 4:18-cv-00643 KGB**

**DOUGLAS FRAME,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 45). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal and dismisses the action with prejudice.

So ordered this 8th day of January, 2021.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge